FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. ROGERS, | ) NO. CV 08-1697-R (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: March 21, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE